# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

IN RE: CEDRIC ANTONIO MCCAA  
       3604 LAZY BROOK LN  
       MONTGOMERY, AL 36116

CASE NO: 18-30358-WRS

Soc. Sec. No. XXX-XX-9319  
       Debtor.

## AMENDED
## INCOME WITHHOLDING ORDER

TO: HYUNDAI  
     ATTN PAYROLL  
     700 HYUNDAI BLVD  
     MONTGOMERY, AL 36105

The debtor subjected all of his income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code. It is hereby

ORDERED that HYUNDAI withhold from the wages, earnings, or other income of this debtor the sum of **$224.00 BI-WEEKLY** and remit all such funds withheld to:

    CHAPTER 13 TRUSTEE  
    18-30358-WRS CEDRIC ANTONIO MCCAA  
    P O BOX 613108  
    MEMPHIS TN  38101-3108

The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month.

This Order continues in force and effect until further Order of this court.

Done Wednesday, May 2, 2018.

cc: Debtor  
    Debtor's Attorney

*/ s / William R. Sawyer*  
William R. Sawyer  
United States Bankruptcy Judge