UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                                 Case No. 18−30358
                                                                      Chapter 13
Cedric Antonio McCaa,

    Debtor.

## ORDER CONFIRMING PLAN

    The debtor's plan filed on April 30, 2018, was transmitted to creditors pursuant to Rule 3015, Federal Rules of Bankruptcy Procedure. The court finds that the plan meets the requirements of 11 U.S.C. § 1325.

    It is **ORDERED** that the debtor's chapter 13 plan, as amended if applicable, is **CONFIRMED**.

    It is further **ORDERED** that any proposed lien avoidance in the debtor's plan is hereby avoided to the extent the debt is not otherwise provided for by the plan.

Dated May 11, 2018

William R. Sawyer
United States Bankruptcy Judge